# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00051-CR

In re Richard James Johnson

### Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

The petition for writ of mandamus filed by Relator, Richard James Johnson, on February 4, 2026, is DENIED.

STEVE SMITH
Justice

OPINION DELIVERED and FILED: February 26, 2026

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Harris
Denied
Do not publish
OT06

